

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 10-20559-MC

VS.

REPORT COMMENCING CRIMINAL ACTION

ROBERTO BRAVO
Defendant

83579-004
USMS NUMBER

TO: CLERK'S OFFICE     (MIAMI)     FT. LAUDERDALE     W. PALM BEACH
U.S. DISTRICT COURT          (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: 02/25/2010   8:00 A.M. X  P.M. _____

(2) LANGUAGE SPOKEN: ENGLISH

(3) OFFENSE CHARGED: MURDER + ATTEMPTED MURDER IN ARGENTINA

(4) DATE OF BIRTH: 07/03/1942

(5) TYPE OF CHARGING DOCUMENT:          (CHECK ONE)
{ } INDICTMENT          X COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: S/FL

(6) REMARKS: _____

(7) DATE: 02/25/10     (8) ARRESTING OFFICER: ALMANZAR

(9) AGENCY: USMS          (10) PHONE: 786 430 6525

(11) COMMENTS: SUBJ. TO BE EXTRADITED TO ARGENTINA. PER
PROVISIONAL ARREST WARRANT